**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEONARD NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1352** |
| **DARREL VANNOY** | **SECTION "H" (4)** |

### ORDER AND REASONS

In connection with this habeas proceeding counsel for petitioner, Leonard Nelson ("Nelson"), has filed a **Motion for Leave to File Physical Exhibit (ECF No. 2)** and **Motion for Consideration Under the Priorities Act (28 U.S.C. § 1657) (ECF No. 7)** that are currently pending before this Court.

Counsel for Nelson originally filed his petition for a writ of a *habeas corpus* pursuant to 28 U.S.C. § 2254 in the United States District Court for the Middle District of Louisiana on March 21, 2026. ECF No. 1. At the time of the filing of the petition, counsel for Nelson filed a motion for leave to file a physical exhibit where he requests the Court grant him leave to provide a physical flash drive that is referred to throughout his petition that was submitted as "Exhibit 1" during the evidentiary hearing on his application for post-conviction relief in the state trial court. ECF No. 2 at 1. While the matter was still pending in the Middle District, counsel for Nelson also filed a motion requesting expedited consideration of his habeas petition pursuant to the Priorities Act (28 U.S.C. § 1657) and a prompt hearing on his pending habeas claim. ECF No. 7 at 1. On June 24, 2026, Nelson's petition was transferred to the United States District Court for the Eastern District of Louisiana. ECF No. 10.

Upon transfer, Nelson's petition was recently reassigned to undersigned Magistrate Judge. ECF No. 11. Nelson's petition will be considered in an expedient fashion in accordance with

federal law and the rules governing habeas corpus cases, and, as soon as practicable given the demands of the court docket, including conducting an analysis of whether Nelson is entitled to an evidentiary hearing. Beyond these legal obligations, the Court finds no grounds for an expedited hearing.

Accordingly,

**IT IS ORDERED** that Petitioner's **Motion for Leave to File Physical Exhibit (ECF No. 2)** is **GRANTED** and that counsel for Petitioner may mail a manual copy of the flash drive containing Exhibit 1 as presented in the evidentiary hearing of his state post-conviction proceedings to the Clerk of Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130 for filing in this captioned case. Counsel for Petitioner must make arrangements to provide the same to the Respondent.

**IT IS FURTHER ORDERED** that Petitioner's **Motion for Consideration Under the Priorities Act (28 U.S.C. § 1657) (ECF No. 7)** is **GRANTED IN PART** and **DENIED IN PART** as outlined above.

New Orleans, Louisiana, this 2nd day of June, 2026.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**