**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEONARD NELSON,** | **CIVIL ACTION** |
| **v.** | **No. 26-1362** |
| **DARREL VANNOY,** | **Section "H" (4)** |

## NOTICE OF LOCAL RULE 7.8 OBJECTION

OPDA has blithely disregarded court orders, time[1] and again,[2] throughout the life of Mr. Nelson's post-conviction proceedings. These delays have already prolonged Mr. Nelson's unconstitutional imprisonment by months. Prosecutors have done so all while arguing that Mr. Nelson should die in prison—even if his conviction was unconstitutionally obtained—because of a purported lack of "diligence" in asserting his claims. That is part of the reason Mr. Nelson already filed a motion to expedite (which this Court granted in part).[3]

Accordingly, Mr. Nelson renews and formally notices his objection to any extension of time to plead unless good cause is shown. *See* Local Rule 7.8. Only because of the extraordinary procedural history of this case does Petitioner take the unusual step of filing such notice. Should opposing counsel seek an extension,[4] a more detailed opposition explaining why "good cause" does not exist will follow promptly.

---

[1]   See ECF No. 1, *10-*11 (discussing failure to comply with deadlines before state trial court)

[2]   See ECF No. 1, *11 (discussing failure to comply with deadlines before state supreme court).

[3]   *See* ECF No. 12, *1-*2 ("Mr. Nelson's petition will be considered. . . as soon as practicable")*; see also* ECF No. 7 (Motion for Consideration Under Priorities Act) (emphasizing that "Mr. Nelson . . . is prejudiced by each day of delay").

[4]   The parties conferred on August 3, 2026. Respondent has signaled an intent to seek an extension.

Respectfully submitted,


/s/ *Thomas W. Frampton*
Thomas W. Frampton, La. Bar No. 35775
*Counsel for Petitioner*
George Wasington University School of Law
2000 H Street, NW
Washington, DC 20052
tel: 202.352.8341
*Affiliation for Identification Only*